128 P.3d 892

# SUPREME COURT OF HAWAI'I

**February 15, 2006**

| 25871 | Szymanski v. Americorp Intern., Ltd. | Dismissed |
|---|---|---|

**February 16, 2006**

| 26338 | Lewis v. State | Reversed in part, Affirmed |
|---|---|---|

**February 17, 2006**

| 24534 | Law Office of David M. Hagino v. State, Dept. of Health | Vacated and Remanded |
|---|---|---|

**February 23, 2006**

| 24682 | State v. Silva | Affirmed |
|---|---|---|

**February 28, 2006**

| 24711 | Smith v. Kona Coast Services, Inc. | Affirmed |
|---|---|---|
| 26725 | State v. Alvarez | Reversed and Remanded |